

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-30-2003

# O'Hanlon v. Chester

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-2155

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"O'Hanlon v. Chester" (2003). *2003 Decisions.* Paper 174.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Case Nos: 02-2155, 02-2161, 02-2162 (consolidated)

_____

MICHAEL O'HANLON; JANETTE O'HANLON; CAP A.M. CORP.;
JOHN BIRL; FELIX ROMA; RONALD ROMA; MARIE ROMA

v.

CITY OF CHESTER; DEPARTMENT OF PUBLIC SAFETY FOR THE CITY
OF CHESTER; CITY COUNCIL OF THE CITY OF CHESTER; DOMINIC PILEGGI,
MAYOR AND COUNCILMAN FOR THE CITY OF CHESTER; PETER SELTZER,
COUNCILMAN AND DIRECTOR OF DEPARTMENT OF PUBLIC SAFETY FOR
THE CITY OF CHESTER; CALVIN JOYNER, DIRECTOR OF LICENSE AND
INSPECTION FOR THE DEPARTMENT OF PUBLIC SAFETY FOR THE CITY OF
CHESTER; MONIR Z. AHMED, DIRECTOR OF LICENSE AND INSPECTION FOR
THE DEPARTMENT OF PUBLIC SAFETY FOR THE CITY OF CHESTER; JOSEPH
FARRELL, DEPUTY DIRECTOR OF LICENSE AND INSPECTION FOR THE
DEPARTMENT OF PUBLIC SAFETY FOR THE CITY OF CHESTER; GLENN
HOLT, BUILDING INSPECTOR FOR THE CITY OF CHESTER; ROBERT LEACH,
HOUSING INSPECTOR FOR THE CITY OF CHESTER; THOMAS BODEN,
HOUSING INSPECTOR FOR THE CITY OF CHESTER;
IRVIN LAWRENCE, HOUSING INSPECTOR FOR THE CITY OF CHESTER;
EDWARD BROWN, BUILDING OFFICIAL FOR THE CITY OF CHESTER; JOSEPH
CLIFFE, CHIEF OF BUREAU OF FIRE FOR THE CITY OF CHESTER; THOMAS
GROCH, ELECTRICAL INSPECTOR FOR THE CITY OF CHESTER; ROBERT
WILSON, PLUMBING INSPECTOR FOR THE CITY OF CHESTER; RICHARD
GRIFFIN, FIRE INSPECTOR FOR THE CITY OF CHESTER; LEO A. HACKETT,
SOLICITOR FOR THE CHESTER-UPLAND SCHOOL DISTRICT; LEO GOSNELL,
CHESTER-UPLAND SCHOOL DIST.

CAP A.M. Corp., Janette O'Hanlon, Michael O'Hanlon,

Appellants

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 00-664)
District Court: Hon. Herbert J. Hutton

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 31, 2003

Before: McKEE, SMITH and COWEN, <u>Circuit Judges</u>.

(Opinion filed:  October 30, 2003)

OPINION

McKEE, <u>Circuit Judge</u>.

The owners of a rental property in the City of Chester, Pennsylvania brought this civil rights action against the defendants claiming that the defendants had violated the owners' civil rights in attempting to enforce various health, fire and safety ordinances. The district court granted summary judgment in favor of the defendants and dismissed the suit.  This appeal followed.  Our review of the district court's grant of summary judgment is plenary. *Huang v. BP Amoco Corp.,* 271 F.3d 560, 564 (3d Cir. 2001).

Inasmuch as the district court (Hutton, J.) has already set forth the factual and procedural history of this case, it is not necessary to repeat that history here.  *See O'Hanlon et al. v. City of Chester et al.*, No. 00-664, 2002 WL 501138 (E.D. Pa. Mar. 27, 2002).  The district court carefully and completely explained its reasons for granting summary judgment to the defendants in its thoughtful Memorandum Opinion and Order. We will affirm the district court substantially for the reasons set forth in that

Memorandum Opinion.


_____          /s/ Theodore A. McKee_____
                                 Circuit Judge

3